IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPI
SOUTHERN DIVISION

**MEDIR GOVERNMENT SOLUTIONS, LLC**
**and MEDIR-GOV, LLC**
**PLAINTIFFS**

**VERSUS**                                        **CIVIL ACTION NO.   1:19-cv-626-KS-RHW**

**GEORGE COUNTY, MISSISSIPPI**
**BOARD OF SUPERVISORS and    CAMMIE BYRD,**
**in her official capacity as CHANCERY CLERK**
**for GEORGE COUNTY, MISSISSIPPI**
**DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of the parties that this matter be dismissed with prejudice, and the Court, having considered the same, and it being made known to the Court that the parties are in agreement thereto, finds that said motion is well taken.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, each party shall bear their own costs.

SO ORDERED and ADJUDGED this the __6th____ day of ___January_____, 2020.

                                         _s/Keith Starrett_____
                                          DISTRICT COURT JUDGE

AGREED AND APPROVED:

/s/*W. Thomas McCraney, III*_____
W. THOMAS McCRANEY, III, ESQ. (MSB #10171)
McCraney Montagnet Quin & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi   39157
Tel. 601-707-5725
Fax 601-510-2939
tmccraney@mmqnlaw.com
        *Attorney for Plaintiffs*

<u>/s/*William R. Allen*</u>
WILLIAM R. ALLEN, ESQ. (MSB #100541)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS   39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com
jmalone@aabalegal.com
      *Attorneys for Defendants*